IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKIE CAPPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3:17-cv-00869-M |
| | § | |
| STANDARD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Scheduling Order, Plaintiff Vickie Capps and Defendant Standard Insurance Company submit this joint settlement status report, and state:

1. With regard to settlement, the parties advise the Court that they have informally discussed settlement and exchanged offers, and intend to continue to do so.

2. With regard to alternative dispute resolution, the parties hereby advise the Court that if informal negotiations are unsuccessful, they have agreed to mediate the case with Jeff Abrams, with Abrams Mediation and Arbitration, 5720 LBJ Frwy., Suite 560, Dallas, Texas 75240. The parties are currently working to schedule this mediation.

Respectfully submitted,


By:  /s/ Ryan K. McComber
        Ryan K. McComber
        State Bar No. 24041428
        ryan.mccomber@figdav.com
        Nicole H. Muñoz
        State Bar No. 24098153
        Nicole.munoz@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214)  939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT




By:  /s/ J. Anthony Vessel
        J. Anthony Vessel
        State Bar No. 24084019
        anthony@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713) 228-8888
(713) 225-0940 (telecopy)

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 25, 2017, a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's ECF system.


*/s/ Ryan K. McComber*
Ryan K. McComber